72,342-08

Michael Hudson
1291836 Estelle
264 FM 3478
Huntsville, TX 77320

March 11, 2015

Court Of Criminal Appeals
P.O. Box 2308
Austin, TX 78711-2308

Dear Clerk:

I filed an 11.07 writ in Harris County more than seven years ago, and no action has been taken. Please intervene.

Thank you!

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 18 2015

Abel Acosta, Clerk